STATE OF NEW JERSEY v. REGIS METHVEN.

April 29, 1983.

Leave to appeal is granted, and the Appellate Division is hereby directed to dismiss defendant's appeal without prejudice. Jurisdiction is not retained.

IN RE SUBPOENA GRAND JURY DUCES TECUM PERTAINING TO THE DEATHS OF CHILDREN OF MARGARET BAYER–RICKLE.

April 29, 1983.

Leave to appeal is granted, and the matter is summarily remanded to the Appellate Division for consideration of the appeal on the merits; and it is further ORDERED that the motion for a stay is granted pending the disposition of the appeal.